## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SHAUN McCULLOUGH

**FILED**
OCT 0 3 2008
Oct 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

MAGISTRATE JUDGE VALDEZ

CASE NUMBER: 08CR 798

I, Korey Smith, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Beginning on or about August 2005 and continuing to on or about April 8, 2008, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant did,

> knowingly devise and participate in a scheme to defraud and obtain property, namely, automobiles, from retail automobile dealerships by means of materially false and fraudulent pretenses, representations, and promises,

in violation of Title 18, United States Code, Section 1341.

I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

October 3, 2008
Date

at

Chicago, Illinois
City and State

Maria Valdez, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

| STATE OF ILLINOIS | ) | |
|---|---|---|
| | ) | ss |
| COUNTY OF COOK | ) | |

## AFFIDAVIT

I, Korey Smith, a Special Agent with the United States Secret Service, being duly sworn, do hereby state and depose as follows:

1. I am a Special Agent with the United States Secret Service, currently assigned to the Chicago Field Office-Financial Crimes Squad. I have been employed with the U.S. Secret Service since July 2007. I have received approximately 12 weeks of training at the Federal Law Enforcement Training Center in Glynco, GA and another 16 weeks of training at the Secret Service Training Center in Beltsville, Maryland. Prior to joining the Secret Service, I was a police officer in St. Louis County, Missouri.

2. I am aware of the information set forth in this affidavit through investigation conducted by me personally, investigation conducted by other law enforcement officers, and my review of documents and reports.

3. I submit this affidavit in support of my belief that probable cause exists to charge SHAUN McCULLOUGH with a violation of Title 18, United States Code, Section 1341, as set forth in the attached criminal complaint. The information contained in this affidavit is provided for the limited purpose of establishing probable cause in support of the attached criminal complaint. This affidavit does not set forth each and every fact known to me concerning this investigation.

## SPECIFIC FACTS

4. According to records kept in the ordinary course of business by Hawkinson Nissan, an automobile dealership located at 5513 Miller Circle Drive, Matteson, Illinois, on or

1

about August 8, 2005, a man using the name of Individual A entered Hawkinson Nissan and attempted to purchase a 2002 Dodge Intrepid automobile. This man filled out a credit application in which he stated that his name was Individual A, that he was an employee of Intrastate Brands, and that his Social Security number was xxx-xx-5255.

5. According to Hawkinson Nissan's records, the man using the name of Individual A purchased a 2002 Dodge Intrepid automobile with Vehicle Identification Number ("VIN") 2B3HD76G92H163234 on August 8, 2005. The purchase was financed in part by Capital One. Hawkinson Nissan also accepted a car as a trade-in towards the purchase of the 2002 Dodge Intrepid.

6. According to records kept in the ordinary course of business by Muller's Woodfield Acura, an automobile dealership located at 1099 West Higgins Road, Hoffman Estates, Illinois, on or about April 4, 2006, a man using the name of Individual A entered Muller's Woodfield Acura and attempted to purchase a 2003 Acura automobile. In doing so, the man offered to trade in the 2002 Dodge Intrepid automobile with VIN 2B3HD76G92H163234. This man filled out a credit application in which he stated that his name was Individual A, that he was an employee of Intrastate Brands, and that his Social Security number was xxx-xx-5255.

7. According to Muller's Woodfield Acura's records, the man using the name of Individual A purchased a 2003 Acura automobile with VIN 19UYA41733A010587 on April 4, 2006. The purchase was financed in part by American Honda Finance Corp.

8. Woodfield Acura also accepted the 2002 Dodge Intrepid with VIN 2B3HD76G92H163234 as a trade-in towards the man's purchase of the 2003 Acura. The man using the name of Individual A filled out a sheet in which he authorized Woodfield Acura to pay

off the remaining financing that he owed Capital One on the 2002 Dodge Intrepid. He also authorized Capital One to mail the title for the 2002 Dodge Intrepid to Woodfield Acura.

9. According to Muller's Woodfield Acura's records, on or about April 13, 2006, Woodfield Acura issued a check for $10,199.43 addressed to Capital One, 3905 N Dallas Pkwy, Plano, Texas, 75093 in connection with the 2002 Dodge Intrepid. According to Individual B, an employee at Woodfield Acura, her normal procedure was to send the check to the address listed on the check by U.S. mail on or about the day the check was issued. According to Muller's Woodfield Acura's records, Capital One received the check and subsequently mailed the title for the 2002 Dodge Intrepid to Woodfield Acura.

10. According to records kept in the ordinary course of business by Honda West, an automobile dealership located at 4701 West 38th Street in Indianapolis, Indiana, on or about June 22, 2006, a man using the name of Individual A entered Honda West and attempted to purchase a 2006 Honda Ridgeline automobile. In doing so, the man offered to trade in the 2003 Acura with VIN 19UYA41733A010587. This man filled out a credit application in which he stated that his name was Individual A, that he was an employee of Intrastate Brands, and that his Social Security number was xxx-xx-5255.

11. According to Honda West's records, the man using the name of Individual A purchased a 2006 Honda Ridgeline automobile with VIN 2HJYK16536H573822 on June 22, 2006. The purchase was financed in part by American Honda Finance Corp. Honda West also accepted the 2003 Acura with VIN 19UYA41733A010587 as a trade-in towards the man's purchase of the 2006 Honda Ridgeline.

## IDENTIFICATION OF SHAUN McCULLOUGH

12. On April 8, 2008, police from Matteson, Illinois took into custody a man using the name of Individual A after the man attempted to purchase a car from a retail automobile dealership in Tinley Park, Illinois.

13. On April 8, 2008, I and other law-enforcement agents interviewed the man, who identified himself as SHAUN McCULLOUGH. SHAUN McCULLOUGH admitted being the man who used the name of Individual A to purchase cars, and admitted purchasing more than 20 cars between September 2005 and April 2008 using the name of Individual A and using various false information. He admitted using, in the course of these purchases, Social Security numbers that were not assigned to him, a driver's license that he had stolen from Individual A, and fake documents including fake pay slips.

14. SHAUN McCULLOUGH further acknowledged that Individual A was a male relative of his.

15. Among other things, SHAUN McCULLOUGH admitted that, in 2005, he had purchased a Dodge Intrepid from Hawkinson Nissan in Matteson, Illinois using information associated with Individual A to purchase the car, including Individual A's driver's license and Individual A's actual Social Security number.

16. SHAUN McCULLOUGH further admitted that he had purchased other cars, including the 2003 Acura with VIN 2B3HD76G92H163234 and a 2006 Honda Ridgeline, using false information.

17. In May 2008, I interviewed Individual A, who acknowledged that he was related to SHAUN McCULLOUGH. Individual A denied purchasing the cars that had been purchased using Individual A's name between August 2005 and April 2008.

## CONCLUSION

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that beginning in or about August 2005 and continuing to on or about April 8, 2008, SHAUN McCULLOUGH knowingly devised and participated in a scheme to defraud and obtain property, namely, automobiles, from retail automobile dealerships by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1341.

FURTHER AFFIANT SAYETH NOT.

KOREY SMITH
Special Agent
Secret Service

Subscribed and sworn to before me this 3rd day of October 2008.

HONORABLE MARIA VALDEZ
UNITED STATES MAGISTRATE JUDGE